IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JIMMY EARL MATTHEWS,

    Petitioner,                                   JUDGMENT IN A CIVIL CASE

v.                                         Case No. 18-cv-86-jdp

LOUIS WILLIAMS, II,

    Respondent.

    This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered denying Jimmy Earl Matthews's petition for a writ of habeas corpus under 28 U.S.C. §2241.

    /s/                                                      7/26/2018

Peter Oppeneer, Clerk of Court                    Date